*man,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Watson, Appellant.

Argued December 6, 1973. *Louis C. Johanson,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Williams, Appellant.

Submitted December 3, 1973. *Robert W. Brown,* Assistant Public Defender, for appellant; *Howard R. Miller,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Williams, Appellant.